IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT BARROCA,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Case No. 19-cv-00699-MMC<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO AMEND; DIRECTIONS TO PLAINTIFF**<br><br>Re: Dkt. No. 19 |

Before the Court is plaintiff Robert Barroca's "Motion for Leave to Amend," filed July 31, 2019. To date, no opposition has been filed.

Good cause appearing, the motion is hereby GRANTED, and plaintiff is hereby DIRECTED to file his First Amended Complaint no later than August 22, 2019.

**IT IS SO ORDERED.**

Dated: August 15, 2019

MAXINE M. CHESNEY
United States District Judge