IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT BARROCA,<br><br>    Plaintiff,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Case No. 19-cv-00699-MMC<br><br>**ORDER DIRECTING DEFENDANT TO SUBMIT CHAMBERS COPIES IN COMPLIANCE WITH CIVIL LOCAL RULES AND COURT'S STANDING ORDERS** |

On August 27, 2019, defendant electronically filed its "Second Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404(a)" and on September 13, 2019, defendant electronically filed its "Reply in Support of Second Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404(a)." Defendant has violated the Civil Local Rules of this District and the Court's Standing Orders, however, by failing "to provide for chambers a paper copy of each document that is electronically filed . . . marked 'Chambers Copy'." See Civil L.R. 5-1(e)(7); see also Standing Orders For Civil Cases Assigned to The Honorable Maxine M. Chesney ¶ 2.

Defendant is hereby ORDERED to comply with Civil Local Rule 5-1(e)(7) and the Court's Standing Orders by immediately submitting chambers copies of the above-referenced documents. Defendant is hereby advised that if it fails in the future to provide a chambers copy of an electronically filed document, the Court may impose sanctions, including, but not limited to, striking from the record any electronically filed document for

1  which a chambers copy has not been timely provided to the Court.

2  **IT IS SO ORDERED.**

4  Dated: September 23, 2019

                                      MAXINE M. CHESNEY
                                      United States District Judge