IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT BARROCA,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Case No. 19-cv-00699-MMC<br><br>**ORDER VACATING HEARING ON DEFENDANT'S SECOND MOTION TO TRANSFER VENUE; CONTINUING INITIAL CASE MANAGEMENT CONFERENCE** |

    Before the Court is defendant's "Second Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404(a)," filed August 27, 2019. Plaintiff has filed opposition, to which defendant has replied. Having read and considered the papers filed in support of and in opposition to the motion, the Court deems the matter appropriate for determination on the parties' respective written submissions, and hereby VACATES the hearing scheduled for October 4, 2019.

    In light of the pendency of said motion, the initial Case Management Conference, currently scheduled for October 18, 2019, is hereby CONTINUED to December 13, 2019.

    **IT IS SO ORDERED.**

Dated: September 27, 2019

                                                  MAXINE M. CHESNEY<br>
                                                  United States District Judge